OPINION — AG — THE ELIGIBILITY OF AN INDIVIDUAL FOR MEMBERSHIP IN AN ORGANIZATION WHICH NEGOTIATES THE TERMS AND CONDITIONS OF EMPLOYMENT FOR NON PROFESSIONAL EDUCATORS IS A QUESTION OF FACT BASED UPON THE BY LAWS OF THE PARTICULAR ORGANIZATION. (SCHOOLS) CITE: 70 O.S. 1971 509.1 [70-509.1], 70 O.S. 1971 509.5 [70-509.5], 70 O.S. 1979 Supp., 509.4 [70-509.4] (KAY HARLEY JACOBS)